McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:18-cr-00078 LJO/SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE AUGUST 20, 2018 STATUS CONFERENCE TO OCTOBER 29, 2018; ORDER** |
| v. | Ctrm: 7 |
| | Hon. Sheila K. Oberto |
| DAVID JAHVE NIN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Richard A. Beshwate, Jr., counsel for Defendant David Jahve Nin ("defendant"), that this action's **Monday, August 20, 2018 status conference be continued to Monday, October 29, 2018, at 1:00 p.m.**

The parties base this stipulation on good cause. To explain, on July 3, 2018, defendant appeared at the U.S. District Court in Fresno for his arraignment. Doc. 5. Defendant appeared on July 9, 2018 for his detention hearing, and pursuant to the same was ordered detained pending trial. Doc. 7. At the conclusion of the detention hearing, the court set an initial status conference to take place on August 20,

1

2018. Id.

On July 13, 2018, defense counsel, Richard A. Beshwate, Jr., was appointed to represent defendant in this case. Doc. 9. On July 19, 2018, the parties filed a stipulation and proposed protective order, which would enable the government to produce discovery without redactions. Doc. 10. The district court endorsed the parties' stipulation by way of formal order later that day. Doc. 11. The government mailed discovery to defense counsel on July 23, 2018.

The parties met and conferred about this case through an exchange of email messages earlier today. Defendant continues to work through discovery provided. In addition, counsel for the government advised defense counsel that, should the defense wish to forensically examine the electronic evidence in this case, the government would assist the defense with respect to arranging for this review to take place at HSI's offices and in accordance with relevant provisions of the Adam Walsh Act. The parties anticipate that discovery can be reviewed, and electronic evidence forensically examined, by their proposed continuance date of October 29, 2018.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

          McGREGOR W. SCOTT
          United States Attorney

Dated: August 15, 2018      By: /s/ Brian W. Enos
          Brian W. Enos
          Assistant U.S. Attorney

          (As auth. 8/15/18)

Dated: August 15, 2018      /s/ Richard A. Beshwate, Jr.
          Richard A. Beshwate, Jr.
          Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: **August 15, 2018**      /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE