1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES, | Case No. 1:18-CR-00078-LJO-SKO |
| Plaintiff, | ORDER REQUIRING RESPONSE FROM FRESNO COUNTY JAIL REGARDING MEDICAL CARE FOR DAVID JAHVE NIN |
| v. | |
| DAVID JAHVE NIN, | |
| Defendant. | |

Defendant David Jahve Nin is currently a pre-trial detainee in the custody of Fresno County Jail. Because he is not receiving sufficient medical care, the Court requires a response from the Fresno County Jail as described in this order.

Defendant Nin suffers from serious ailments including HIV. He has also had a kidney transplant. He requires a cocktail of prescription medications as treatment for his illnesses. The cocktail is very specific and must be consistently and continually provided.

Mr. Nin was ordered detained on July 9, 2018. He claims that Fresno County Jail has not properly provided him his medications. At times, the Jail has said it does not have certain medications or does not provide them as a matter of policy. At times, the Jail has said that it has run out of certain medications. Defendant Nin also alleges that medical professionals associated with the Jail told him that his treatment would not be adjusted until his health diminished. Defendant Nin now contends that his HIV levels are "off the charts" and he is in serious risk of further illness and even death.

Accordingly, the Court requires a response from Fresno County Jail regarding efforts made to ensure that Defendant Nin receives proper medical care. The Court has set a further status conference to address this issue on Wednesday, October 10, 2018, at 2:00 pm. Fresno County Jail may respond by having a knowledgeable representative personally appear at that status conference. Alternatively, Fresno County Jail may file a response including a statement under oath by a knowledgeable medical representative no later than noon, October 9, 2018.

The Clerk of Court is directed to serve a copy of this order on the Fresno County Sheriff's Office and the Fresno County Jail Supervisor/Inmate Coordinator.

IT IS SO ORDERED.

Dated:  __**October 2, 2018**__          ____/s/ Erica P. Grosjean____
                                        UNITED STATES MAGISTRATE JUDGE