# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID NIN <br><br> Defendant | ) Case No.: 1:18-cr-00078-LJO-SKO <br> ) <br> ) ORDER REQUIRING MR. NIN BE <br> ) SEEN BY MEDICAL <br> ) SPECIALISTS AT CRMC <br> ) <br> ) <br> ) <br> ) <br> ) |

DAVID NIN, D.O.B.: 10/06/1979, JID# 7090538 and his counsel have represented on multiple occasions that MR. NIN's health is failing; he is not receiving the adequate and/or appropriate care and prescriptions as prescribed, despite numerous efforts of counsel, and now the Court, in getting MR. NIN's care to an adequate level. Mr. Nin is prescribed a specific cocktail of medications that must be administered as indicated, or his condition worsens and his body will develop a tolerance when not properly administered. The jail has not responded, and their only answer to MR. NIN is that "they are out" of certain prescribed medications. Mr. Nin and his counsel have also represented that, when Mr. NIN is told of a missing prescription, the health worker still marks on the chart that it was provided, and their response, on many occasions, is essentially that there is "no place to mark" when the jail does not have the medication on hand. Just in the last week, jail medical staff has failed to provide necessary and prescribed medications six times, which he needs to live.

1  GOOD CAUSE APPEARING THEREFORE; IT IS HEREBY ORDERED THAT:
DAVID NIN, D.O.B.: 10/06/1979, JID# 7090538, who is presently housed at the FRESNO COUNTY JAIL, be transported to CRMC as soon as reasonably possible, and no later than five days from the date of this order, so that he may be seen by medical specialists in the areas of HIV treatment, Rheumatology and any other specialized physicians as are deemed medically necessary. Furthermore, the medical staff at Fresno County Jail shall follow the recommendation of any such specialists and provide the medication and care directed by CRMC medical professionals.

IT IS FURTHER ORDERED that the FRESNO COUNTY JAIL shall transport DAVID NIN, D.O.B.: 10/06/1979, JID# 7090538, back to the FRESNO COUNTY JAIL upon completion of any medical treatment deemed necessary by the treating physicians.

IT IS FURTHER ORDERED that the US MARSHAL and/or her representatives coordinate with the FRESNO COUNTY JAIL to make all arrangements for Mr. NIN to be transported as described above in a secure manner.

The Clerk of the Court is directed to serve a copy of this order on the US Marshal as well as the following:

> Fresno County Jail Captains and Sgt. Valarie Murray
> Fresno County Jail
> 1225 "M" Street
> Fresno, California 93721,

And

\\\
\\\
\\\
\\\
\\\

Scott C. Hawkins
Deputy County Counsel
Office of the Fresno County Counsel
2220 Tulare Street, Suite 500
Fresno, CA 93721

IT IS SO ORDERED.

Dated: **October 11, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE