DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
SCOTT C. HAWKINS
  Deputy County Counsel – State Bar No. 207236
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone:  (559) 600-3479
Facsimile:    (559) 600-3480

Attorneys for Defendant, COUNTY OF FRESNO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>      Vs.<br><br>DAVID NIN,<br><br>              Defendant. | Case No. 1:18-cr-00078 LJO-SKO<br><br>**RESPONSE BY NON-PARTY, COUNTY OF FRESNO, TO ALLEGATIONS BY DEFENDANT, DAVID NIN, RE MEDICAL CARE AND TREATMENT AT THE FRESNO COUNTY JAIL (ECF no. 15).** |

Along with the Declaration of Medical Director for California Forensic Medical Group ("CFMG"), filed separately by its counsel, County of Fresno (on behalf of Fresno County Sheriff's Office, Jail Division) herby responds to the Court's request for a response to allegations by Defendant in the above-entitled matter, DAVID NIN ("Defendant"), regarding his care and treatment received at the Fresno County Detention Center, in Fresno, California.

According to information provided in communications from the Court in this case, the County has learned that Defendant has alleged, among other things, that his health is failing, and that essentially, he is not receiving adequate and/or appropriate care, and prescriptions as prescribed. [1]

---

[1] Additional allegations by Defendant and his counsel are contained in the Court's recent Order (ECF no. 21).

The County has no information to believe that Defendant supported any of his allegations with any records of his care and treatment while at the County Jail, or that he presented the Court with any.  The Court's recent Order, as well as the Order dated October 2, 2018 (ECF no. 15) also do not state that Defendant presented any supporting documentation.

Rather, the County believes that the Court, through its October 2, 2018 order, seeks further information from Defendant's County-providers in order to determine *whether* any support for Defendant's allegations in fact exists.   As to that order, the following facts are relevant:  County Counsel responded to the Court on October 10, 2018, pursuant to the order, but prior to the scheduled status conference. [2]  The County explained a need for a brief extension before it could properly respond to Defendant's allegations.

The County requested that the Court grant a brief extension for the County to provide a response to Defendant's allegations though its medical services contractor CFMG.  That same day, prior to the scheduled status conference, the Court granted the County's request, and provided that the County could file its response by the close of business on Friday, October 12, 2018.  The Court understood that the County would not appear at the status conference, but stated that it would nonetheless hear from Defendant.

Accordingly, the County responded to the Court's October 2, 2018 order prior to the status hearing as stated, and has today, with CFMG, timely complied with its further response as follows:  On October 12, 2018, in response to the Court's latest order (ECF no. 21), CFMG, the County's contracted medical service provider for the Jail, filed the Declaration of Medical Director RAYMOND HERR, M.D.  Dr. Herr's Declaration speaks for itself, though the County believes it provides the Court with the information necessary to satisfy it that Defendant's allegations are in fact, unsupported.

///

///

///

---

[2] The Court's order gave the County the option to file a response by October 9, 2018, or appear at the status conference on October 10, 2018 at 2pm.

Dated:   October 12, 2018,

                              Respectfully submitted,

                              DANIEL C. CEDERBORG
                              County Counsel

By:    /s/  Scott C. Hawkins

        Scott C. Hawkins, Deputy
        Attorneys for Non-Party,
        County of Fresno.