DANIEL C. CEDERBORG
  County Counsel – State Bar No. 124260
SCOTT C. HAWKINS
  Deputy County Counsel – State Bar No. 207236
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721
Telephone:  (559) 600-3479
Facsimile:    (559) 600-3480

Attorneys for non-party, COUNTY OF FRESNO.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>               Plaintiff,<br><br>         Vs.<br><br>DAVID NIN,<br><br>               Defendant. | Case No. 1:18-cr-00078 LJO-SKO<br><br>**ERRATA TO RESPONSE BY NON-PARTY, COUNTY OF FRESNO, TO ALLEGATIONS BY DEFENDANT, DAVID NIN, RE MEDICAL CARE AND TREATMENT AT THE FRESNO COUNTY JAIL (ECF no. 15).** |

The County submits the following Errata to ECF no. 23, filed by the County:

**The last paragraph of ECF 23, p. 2, should read as follows:**

"The County responded to the Court's October 2, 2018 order prior to the status hearing as stated, and has, with CFMG, timely complied with its further response due today as follows: On October 12, 2018, in response to the Court's order (ECF no. 15) CFMG, the County's contracted medical service provider for the Jail, filed the Declaration of Medical Director RAYMOND HERR, M.D.  Dr. Herr's Declaration speaks for itself, though the County believes it provides the Court with the information necessary to satisfy it that Defendant's allegations are in fact, unsupported."

Dated:   October 12, 2018,

                                        Respectfully submitted,

                                        DANIEL C. CEDERBORG
                                        County Counsel

                          By:    /s/  Scott C. Hawkins
                                        Scott C. Hawkins, Deputy
                                        Attorneys for Non-Party,
                                        County of Fresno.