McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID JAHVE NIN,<br><br>　　　　　　　　　　Defendant. | Case No: 1:18-cr-00078 NONE<br><br>**STIPULATION TO CONTINUE MAY 8, 2020 RESTITUTION HEARING TO AUGUST 7, 2020; ORDER**<br><br>Ctrm:　　4 or 5<br><br>Hon. Dale A. Drozd |

　　　　Pursuant to 18 U.S.C. § 3664(d)(5), this case is set for a post-sentencing restitution hearing on May 8, 2020. On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This and previous General Orders were entered to address public health concerns related to COVID-19.

　　　　On April 20, 2020 and pursuant to the above General Orders, the court contacted the parties to this matter to advise that the restitution hearing regarding this matter would be moved to June 2020, unless it receives a stipulation to move this matter to a later date. Counsel to the parties discussed a

1

continuance date, and per these communications they advise the court that (1) they are both available to appear at a continued restitution hearing on August 7, 2020, and (2) stipulate and request the court move this hearing to this date.  Since defendant has already pleaded guilty and been sentenced in this case, the requested continuance does not implicate the Speedy Trial Act.

     IT IS SO STIPULATED.

Dated:  April 20, 2020                           MCGREGOR W. SCOTT
                                                    United States Attorney

                                         By:  /s/ Brian W. Enos
                                                   Brian W. Enos
                                                   Assistant United States Attorney

                                                   (*As authorized 4/21/20*)

Dated: April 21, 2020                            By:    /s/ Richard A. Beshwate, Jr.
                                                            Richard A. Beshwate, Jr., Esq.
                                                            Attorney for Defendant
                                                            David Jahve Nin

### [PROPOSED] O R D E R

IT IS ORDERED that the restitution hearing currently set for May 8, 2020 at 10:00 am is continued until August 7, 2020 at 10:00 am.

IT IS SO ORDERED.

Dated:   **April 21, 2020**

_____
UNITED STATES DISTRICT JUDGE