McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DAVID JAHVE NIN,<br><br>                              Defendant. | Case No. 1:18-CR-00078-NONE-SKO<br><br>**FINAL ORDER OF FORFEITURE** |

On or about November 6, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant David Jahve Nin forfeiting to the United States the following property:

   a. iMac computer with internal hard drive, seized from defendant by law enforcement on or about August 30, 2017;

   b. SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about August 30, 2017.

Beginning on January 17, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition

1  the Court within sixty (60) days from the first day of publication of the notice for a hearing to
2  adjudicate the validity of their alleged legal interest in the forfeited property.
3        The Court has been advised that no third party has filed a claim to the subject property,
4  and the time for any person or entity to file a claim has expired.
5        Accordingly, it is hereby ORDERED and ADJUDGED:
6        1.   A Final Order of Forfeiture shall be entered forfeiting to the United States all
7  right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, including all
8  right, title, and interest of David Jahve Nin.
9        2.   All right, title, and interest in the above-listed property shall vest solely in the
10  name of the United States of America.
11        3.   The U.S. Customs and Border Protection shall maintain custody of and control
12  over the subject property until it is disposed of according to law.
13  IT IS SO ORDERED.
14  Dated: **August 18, 2020**
15                                                UNITED STATES DISTRICT JUDGE